137 So.2d 514

Warren J. MOITY

v.

Alex MAHFOUZ.

No. 45912.

Nov. 29, 1961.

PER CURIAM.

Writs refused. The errors complained of by relator do not justify this Court in exercising its supervisory jurisdiction. By denying this application for writs we are in no way approving of the holding of the

Court of Appeal that it is without supervisory jurisdiction. See per curiam in case No. 510 of the Court of Appeal rendered No. 21, 1961. 137 So.2d 513.